UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHERNA MAE PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case number 4:08cv0689 TCM |
| ) | |
| DIERBERG'S MARKETS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the Court on a pleading filed by Plaintiff titled "Motion for an Extension of Time" and on a motion filed by several Defendants to strike her motion.

In her motion, Plaintiff asks for an extension of time to September 30, 2008, by which to settle her case. She also includes information about one of the allegations in her pending complaint. In their motion, Dierberg's Markets, Inc., and the individual defendants associated with Dierberg's ask the Court to strike Plaintiff's motion because it (a) seeks a deadline other than that already established; (b) seeks an extension of time of other, unspecified deadlines, and (c) seeks to present testimony.

The Case Management Order sets a deadline of March 30, 2009, for alternate dispute resolution. Insofar as Plaintiff seeks another deadline or another undefined extension, her request is denied. The Court will ignore the allegations about Plaintiff's telephone call.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time and Defendants' motion to strike are each **DENIED**.  [Docs. 42, 47]

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of October, 2008.